# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

JULISSA COTA, *individually and on behalf of all others similarly situated*,

　　　　　　　　　　　Plaintiff,

v.

RICHEMONT NORTH AMERICA, INC. and DOES 1 through 10,

　　　　　　　　　　　Defendants.

Case No.:  20-cv-2339-MMA (LL)

**ORDER GRANTING JOINT MOTION TO DISMISS**

[Doc. No. 14]

　　　On June 28, 2021, the parties filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** Plaintiff's individual claims against Defendant with prejudice and Plaintiff's class claims against Defendant without prejudice.  Each party shall bear its own costs and attorney's fees.  The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

　　　**IT IS SO ORDERED.**

Dated:  June 28, 2021

HON. MICHAEL M. ANELLO
United States District Judge